# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-2799
LT Case No. 16-2012-CF-010962-AXXXMA

———————————————

CARL EARSKIN HOLT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

3.800 Appeal from the Circuit Court for Duval County.
Tatiana R. Salvador, Judge.

Carl E. Holt, Lowell, pro se.

James Uthmeier, Attorney General, and Adam B. Wilson,
Assistant Attorney General, Tallahassee, for Appellee.

December 9, 2025

PER CURIAM.

AFFIRMED.

LAMBERT, HARRIS, and KILBANE, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————